UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 05-037 |
| DONALD R. TUCKER | SECTION "N" (5) |

## **O R D E R**

A status conference was held on Tuesday, July 26, 2005. Present were Matthew Coman and Brian Marcelle for the Government; and D. Majeeda Sneed for the defendant.

As stated during the conference, **IT IS ORDERED** that:

(1) The Government's Motion for Reconsideration of the Defendant's Motion and Order for Scientific Testing of DNA Evidence is **GRANTED IN PART** and **DENIED IN PART**. Specifically, the Court's Order dated June 9, 2005 (Rec. Doc. No. 38) is vacated insofar as the Court authorized the scientific testing of "any and all evidence" seized from the victim Sarah McNally, including a rape kit. The June 9, 2005 Order will remain in place insofar as the Court authorized the scientific testing of (a) one pair of blue cotton jeans seized from the victim; (b) one pair of white nylon-spandex underwear-shorts seized from the victim; (c) a Buccal Swab and/or blood sample obtained from the victim; and (d) a Buccal Swab obtained from the defendant Donald Tucker. Any other items of evidence listed under New Orleans Police Department item #K-19932-04 shall not

be subject to scientific testing as authorized herein, absent a later showing by the defendant that such tests are necessary and cannot be conducted locally.  The parties shall confer with agents of the New Orleans Office of the Federal Bureau of Investigation (FBI) to determine the FBI's preferred mode of transportation of the aforementioned evidence (*e.g.*, FedEx, hand delivery, or other common carrier), and the items shall then be transported in that fashion.  The FBI shall also determine whether the evidence can be "split" in a manner sufficient to serve the purpose of scientific testing to which the defendant is entitled, while maintaining a sufficient portion of the evidence in the custody of the FBI for trial purposes.  The items of evidence shall then be transported to Ronald Singer at his place of business in Fort Worth, Texas, on or before Friday, August 5, 2005, and the items received by Mr. Singer must be returned to the FBI within eight (8) weeks of receipt.  Mr. Singer will be responsible for the care, custody and control of the items of evidence from the time said items are delivered to him at his place of business until such time as he returns the items to the FBI, and shall be answerable to this Court at all times as to the location and security of such evidence in his custody.

        (2)       The deadline for the defendant's filing of an opposition to the Government's Motion for Introduction of Rule 404(b) Evidence (Rec. Doc. No. 48) is hereby extended to Friday, July 29, 2005, at 5:00 p.m.  Any reply memorandum of the Government shall be filed no later than Wednesday, August 3, 2005, at 5:00 p.m., at which time the Government's motion will be considered submitted.

        (3)       The Pre-Trial Conference presently scheduled for Thursday, July 28, 2005, is hereby cancelled, to be rescheduled at a later date.

        (4)       Counsel for the defendant shall file an unopposed motion to continue the trial

of this matter, and to reset the Pre-Trial Conference no later Friday, July 29, 2005, at 5:00 p.m.

New Orleans, Louisiana, this __26th__ day of July, 2005.

_____
**KURT D. ENGELHARDT**
**United States District Judge**